FILED by _____ D.C.

ELECTRONIC

**Jan. 22, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.
## 09-80081-Civ-MARRA/JOHNSON

LISA GOLD, individually,

      Plaintiff,

v.

RICHARD D. SOKOLOFF, individually,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

## PARTIES

3.    Plaintiff, LISA GOLD, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.    Defendant, RICHARD D. SOKOLOFF, is an attorney residing and working in the State of New York from offices located at 3245 Route 112, Suite 1,

Medford, New York 11763 and whose principle occupation is collecting consumer debts and is, therefore, a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

5.      Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

6.       Defendant regularly collects or attempts to collect debts for other parties.  He is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7.      At all times material to the allegations of this complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

8.      Defendant sought to collect a debt from Plaintiff arising from personal medical services.

9.      The supposed debt was allegedly reduced to a judgment in the State of New York at some unknown date.

10.     On November 12, 2008, Defendant sent Plaintiff a written request for payment of the alleged debt.

11.     A true copy of the written request is attached hereto Exhibit "A".

12.     The written request fails to properly disclose that Defendant is a debt collector in violation of 15 U.S.C § 1692e(11).

2

13. The written request suggests that the alleged judgment may prevent LISA GOLD from buying or selling her real property, which is located in the State of Florida.

14. In the State of Florida, a judgment cannot become a lien upon real property until a certified copy of said judgment is recorded in the county where the judgment debtor's real property is located. <u>Tomalo v. Kingsley Displays, Inc.</u>, 862 So.2d 899 (Fla. 2d DCA 2003).

15. In the State of Florida, a judgment cannot become a lien upon real property if the real property in question obtained homestead status prior to the recording of a certified judgment. <u>Volpitta v. Fields</u>, 369 So.2d 367 (Fla. 4th DCA 1979)

16. In the State of Florida, a foreign judgment cannot be enforced until same is domesticated and recorded in accordance with Florida Statutes § 55.505.

17. Defendant's alleged judgment has never been domesticated, certified or recorded in the State of Florida.

18. Defendant's written request created a false sense of urgency by communicating the threat that "FAILING TO HEAR FROM WITHIN -5- DAYS MAY RESULT IN JUDGMENT ENFORCEMENT PROCEEDINGS AGAINST YOU."

3

19.     Defendant had no intention of engaging in post-judgment proceedings against Plaintiff as Defendant could not lawfully engage in post-judgment proceedings in the State of Florida until the alleged judgment was domesticated and recorded in Florida in accordance with Florida Statutes § 55.505.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS A DEBT COLLECTOR

20.     Plaintiff incorporates Paragraphs 1 through 19.

21.     Defendant failed to disclose to Plaintiff on November 12, 2008 that Defendant was a debt collector in violation of 15 U.S.C § 1692e(11).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of the instant suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FALSE REPRESENTATION OF THE CHARACTER, AMOUNT OR LEGAL STATUS OF THE ALLEGED DEBT

22.     Plaintiff incorporates Paragraphs 1 through 19.

23.    By suggesting that the alleged judgment may prevent Plaintiff from buying or selling her real property, Defendant falsely represented the character, amount or legal status of the alleged debt in violation of 15 U.S.C. §1692e(2)(A).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of the instant suit; and

c.    Such other or further relief as the Court deems proper

## COUNT III
## CREATION OF A FALSE SENSE OF URGENCY

24.    Plaintiff incorporates Paragraphs 1 through 19.

25.    Defendant's threat to commence post-judgment proceedings against Plaintiff within five (5) days created a false sense of urgency in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.   Attorney's fees, litigation expenses and costs of the instant suit;

and

c.   Such other or further relief as the Court deems proper

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 20 day of January, 2009.


SCOTT D. OWENS, ESQ.
Attorney for Plaintiff
Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200
Hollywood, FL 33021
Telephone: 954-923-3801
Facsimile: 954-967-2791
scott@cohenowens.com


By:_____
Scott D. Owens, Esq.
Florida Bar No. 0597651

*Richard Sokoloff*
*Attorney at Law*
*3245 ROUTE 112-SUITE 1*
*MEDFORD, NY  11763*
*PH: (631) 696-8545 - FAX: (631) 696-8794*

LISA GOLD                                        November 12, 2008
A/K/A LISA GOLD
6500 CHASEWOOD DR APTB
JUPITER, FL. 33458


RE: PEPPIATT & MARKOWITZ, D.D.S.
ACCOUNT #: 351711
AMOUNT: $677.86


DEAR LISA GOLD :
      A/K/A LISA GOLD


THE ABOVE JUDGMENT DOCKETED IN COURT AGAINST YOU REMAINS
UNPAID.  THIS JUDGMENT AFFECTS YOUR CREDIT RATING AND MAY
PREVENT YOU FROM BUYING OR SELLING REAL PROPERTY OR OBTAINING
A LOAN OR CREDIT FOR INSTALLMENT PURCHASES AND CHARGE CARDS.


THE JUDGMENT CONTINUES TO ACCRUE INTEREST ANNUALLY UNTIL PAID
IN FULL.  ACCORDINGLY, IN ORDER TO PAY YOUR INDEBTEDNESS, AND
SATISFY THE JUDGMENT, YOU MUST TELEPHONE MY OFFICE  TO MAKE
ARRANGEMENTS TO PAY.  FAILING TO HEAR FROM YOU WITHIN -5- DAYS
MAY RESULT IN JUDGMENT ENFORCEMENT PROCEEDINGS AGAINST YOU.


KINDLY  MAKE ALL  CHECKS  PAYABLE  TO  RICHARD SOKOLOFF, ESQ.
AND INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK.


(UNDERSTAND THAT  ANY INFORMATION I  OBTAIN WILL BE USED  FOR
THE PURPOSE OF ATTEMPTING TO COLLECT THIS DEBT).

VERY TRULY YOURS,


RICHARD SOKOLOFF, ESQ.
RS:LJU


EXHIBIT A

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**Jan. 22, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

**ELECTRONIC**

D.C.

## I. (a) PLAINTIFFS

LISA GOLD, individually

## DEFENDANTS

RICHARD D. SOKOLOFF, individually

**(b)** County of Residence of First Listed Plaintiff   Palm Beach County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Suffolk County, NY
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Scott D. Owens, Esq./Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200, Hollywood, FL 33021
Phone: (954)-923-3801

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

09 CV 80081 MARRA/JOHNSON

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

FDCPA Violation

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
s/

DATE  1/20/09

FOR OFFICE USE ONLY

AMOUNT  350.00   RECEIPT #  725335   IFP